## SUMMONS IN A CIVIL ACTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY, LEONARD SOSNOV

v.

WEST PUBLISHING CORPORATION, WEST SERVICES
INC., THOMPSON LEGAL AND REGULATORY INC.
*trading as* THOMPSON WEST

CIVIL ACTION NO. 09-727

TO: (NAME AND ADDRESS OF
DEFENDANT)

West Services, Inc.
c/o Corporation Service
Company

2704 Commerce Drive
Harrisburg, PA 17110

### YOU ARE HEREBY SUMMONED and required to serve upon

Plaintiff's Attorney (Name and Address)

RICHARD L. BAZELTON, ESQ.
BAZELTON, LESS & FELDMAN, PC
1515 MARKET STREET, STE. 700
PHILADELPHIA, PA 19102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon
you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief
demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of
this Court within a reasonable period of time after service.

Michael E. Kunz, Clerk of Court

Date: FEBRUARY 19, 2009

(By) Deputy Clerk

KIMBERLY SCOTT-HAYDEN

## RETURN OF SERVICE

| | |
|---|---|
| Service of Summons and Complaint was made by me: | DATE  3-4-09 |
| NAME OF SERVER  CLIFF RICHWAY JN | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant. Place where served: _____

FILED

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable
age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

MAR 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

☐  Returned unexecuted: _____

☒  Other (specify): ___C/O____ BARB CHRISTMAN____
Barb Christman accepted the Summons and Complaint.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information
contained in the Return and Statement of Service Fees is true and correct.

Executed on ___3-4-09___

Signature of Server
METRO FILING SERVICES, INC.
2021 ARCH STREET, 3rd FLOOR
PHILADELPHIA, PA 19103

Address of Server

## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RUDOVSKY, LEONARD SOSNOV<br><br>v.<br><br>WEST PUBLISHING CORPORATION, WEST SERVICES INC., THOMPSON LEGAL AND REGULATORY INC. *trading as* THOMPSON WEST | CIVIL ACTION NO. 09-727<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>West Publishing Corp.<br>c/o Corporation Service Company<br><br>2704 Commerce Drive<br>Harrisburg, PA 17110 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

RICHARD L. BAZELTON, ESQ.
BAZELTON, LESS & FELDMAN, PC
1515 MARKET STREET, STE. 700
PHILADELPHIA, PA 19102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: FEBRUARY 19, 2009 |

(By) Deputy Clerk

KIMBERLY SCOTT-HAYDEN

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of Summons and Complaint was made by me: | DATE 3-4-09 |
|---|---|
| NAME OF SERVER CLIFF RICHWAY JR | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): C/O BARB CHRISTMAN
Barb Christian accepted the Summons and Complaint.

FILED

MAR 1 1 2009

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return and Statement of Service Fees is true and correct.

Executed on 3-4-09

Signature of Server
METRO FILING SERVICES, INC.
2021 ARCH STREET, 3rd FLOOR
PHILADELPHIA, PA 19103

Address of Server