IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RUDOVSKY and<br>LEONARD SOSNOV,<br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORPORATION,<br>WEST SERVICES INC., AND<br>THOMSON LEGAL AND REGULATORY<br>INC. t/a THOMSON WEST,<br>Defendants. | : CIVIL ACTION –<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>: NO. 09-CV-727<br>:<br>:<br>:<br>:<br>:<br>: |

## WAIVER OF SERVICE OF SUMMONS AND ACCEPTANCE OF SERVICE OF COMPLAINT BY DEFENDANTS

I hereby acknowledge that I have received the Complaint in this case, and on behalf of West Publishing Corporation, West Services Inc., and Thomson Reuters (Legal) Inc. (formerly known as Thomson Legal and Regulatory Inc.) d/b/a Thomson West, I waive service of a summons and the Complaint in this action, and accept service on behalf of these defendants.

This acceptance of service is with full reservation of rights, defenses, and/or objections to the lawsuit, the court's jurisdiction, and the venue of the action.

I also understand that plaintiffs will agree to a thirty (30) day extension (for a total of 50 days from the date below) for defendants to answer, move, or otherwise respond to the Complaint, without prejudice to plaintiffs' right to seek preliminary injunctive relief.

Dated: March 3, 2009

_____
James F. Rittinger, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue,
New York, NY 10169
(212) 818-9200

Attorney for Defendants