## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DAVID RUDOVSKY and <br> LEONARD SOSNOV, <br><br> Plaintiffs, <br><br> v. <br><br> WEST PUBLISHING CORPORATION, <br> WEST SERVICES INC., AND <br> THOMSON LEGAL AND REGULATORY <br> INC. t/a THOMSON WEST, <br><br> Defendants. | : CIVIL ACTION – <br> : JURY TRIAL DEMANDED <br> : <br> : <br> : <br> : NO. 09-CV-727 <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## **MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a), Plaintiffs David Rudovsky and Leonard Sosnov hereby move this Honorable Court for the entry of preliminary injunction, for the reasons set forth in the accompanying memorandum of law, the Declaration of David Rudovsky, Esquire, and exhibits attached thereto, which are incorporated here by reference.

Plaintiffs hereby request a hearing on this Motion at the soonest possible opportunity.

Respectfully submitted,

*s/ Richard L. Bazelon*
Richard L. Bazelon (PA ID No. 02505)
Noah H. Charlson (PA ID No. 89210
Michael F. Harris (PA ID No. 56948)
Matthew R. Skolnik (PA ID No. 89423)
BAZELON LESS & FELDMAN, P.C.
1515 Market Street, Suite 700
Philadelphia, PA  19102
(215) 568-1155
Email: rbazelon@bazless.com

Attorneys for Plaintiffs

Dated:  March 24, 2009

# CERTIFICATE OF SERVICE

I certify that on this 24th day of March, 2009, I filed the foregoing Motion for Preliminary Injunction, together with a supporting Memorandum of Law, Declaration of David Rudovsky, and Proposed Order, by the Court's Electronic Filing System, and I served a true and correct copy of each of the foregoing documents upon the following person, by first class mail and Federal Express:

> James Rittinger, Esquire
> Satterlee Stephens Burke & Burke LLP
> 230 Park Avenue, Suite 1130
> New York, NY 10169
> *Counsel for Defendants*

/s Noah H. Charlson
_____
Noah H. Charlson