IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RUDOVSKY and<br>LEONARD SOSNOV,<br><br>Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORPORATION,<br>WEST SERVICES INC., AND<br>THOMSON LEGAL AND REGULATORY<br>INC. t/a THOMSON WEST<br><br>Defendants. | : CIVIL ACTION –<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: NO. 09-CV-727<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ENTRY OF APPEARANCE**

Please enter the appearance of Matthew R. Skolnik, Esquire of Bazelon Less & Feldman, P.C. on behalf of Plaintiffs David Rudovsky and Leonard Sosnov in this matter.

        Respectfully submitted,

        /s/ Matthew R. Skolnik

        Matthew R. Skolnik
        BAZELON LESS & FELDMAN, P.C.
        1515 Market Street – Suite 700
        Philadelphia, PA 19102-1907
        (215) 568-1155

        Counsel for Plaintiffs

DATED: March 25, 2009

# CERTIFICATE OF SERVICE

   I certify that on this 25th day of March, 2009, I served a copy of the foregoing Entry of Appearance on the following via first class United States mail:

James Rittinger, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169
*Counsel for Defendants*

          /s/ Matthew R. Skolnik
          _____
          Matthew R. Skolnik