IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  |  | Date of Notice: |
| DAVID RUDOVSKY | : | March 26, 2009 |
| LEONARD SOSNOV |  |  |
| vs. | : |  |
| WEST PUBLISHING CORPORATION, et al. | : | CIVIL ACTION NO. 09-727 |

TAKE NOTICE that the above-captioned matter is scheduled for **HEARING, re: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on April 9, 2009 at 10:00 A.M. in Courtroom No. 15A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled hearing, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON    3/26/09     TO:  Matthew R. Skolnik, Esquire
                                      Noah H. Charlson, Esquire
                                      Richard L. Bazelon, Esquire