## IN THE U.S. DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY and
LEONARD SOSNOV,

        Plaintiffs,

        v.

WEST PUBLISHING CORPORATION,
WEST SERVICES INC., and
THOMSON LEGAL AND REGULATORY
INC. t/a THOMSON WEST,

        Defendants.

:  CIVIL ACTION
:
:  NO. 09-CV-727
:
:
:
:
:
:
:
:
:
:
:
:

## ENTRY OF APPEARANCE

TO THE CLERK:

      Kindly enter the appearance of Matthew J. Borger on behalf of the defendants West

Publishing Corporation, West Services Inc., and Thomson Legal and Regulatory Inc. t/a

Thomson West in the above-captioned matter.

Dated: March 26, 2009

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: _____

Matthew J. Borger, Esquire
260 S. Broad Street, 4th Floor
Philadelphia, PA 19102-5003
(215) 569-4159
Attorneys For Defendants
West Publishing Corporation,
West Services Inc., and
Thomson Legal and Regulatory Inc.
t/a Thomson West

# CERTIFICATE OF SERVICE

I, Matthew J. Borger hereby certify that the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the Court's ECF system. I further certify that on this date I served the foregoing Entry of Appearance upon counsel listed below via first class mail as follows:

Richard L. Bazelon
Noah H. Charlson
BAZELON LESS & FELDMAN, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102-1907
215-568-1155

March 26, 2009

Matthew J. Borger