APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY and
LEONARD SOSNOV,              :     CIVIL ACTION
         Plaintiffs,         :
         v.                  :
WEST PUBLISHING CORPORATION, :
WEST SERVICES and THOMSON LEGAL  :  NO. 09-CV-00727 (JF)
and REGULATORY INC. t/a
THOMSON WEST,                    ORDER
         Defendants.

AND NOW, this       Day of March        , 2009, it is hereby

ORDERED that the application of James F. Rittinger, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]  GRANTED.

[ ]  DENIED.

_____
                                                                        J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 09-CV-00727 (JF)

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, James F. Rittinger, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | April 26, 1972 | 1294099 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| (See Attached) | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for* West Publishing Corporation, West Services INc., and Thomson Legal and Regulatory Inc. t/a Thomson West

(Applicant's Signature)

March 27, 2009
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Satterlee Stephens Burke & Burke LLP

230 Park Avenue, New York, NY 10169

(212) 818-9200

Sworn and subscribed before me this

___ Day of March, 2009

Notary Public

HELEN KELLY
Notary Public, State of New York
No. 5005276
Qualified in Suffolk County
Commission Expires December 7, 2010

10/04

James F. Rittinger is a member in good standing of the highest court of the State of New York, admitted on April 26, 1972, and is a member in good standing of the Bar of New York. Mr. Rittinger is also admitted to practice before the following Courts:

United States Supreme Court - 1975

United States Court of Appeals, 2nd Circuit - May 9, 1974

United States Court of Appeals, 3rd Circuit - March 28, 1996

United States Court of Appeals, 4th Circuit - May 31, 2000

United States Court of Appeals, 6th Circuit - November 10, 1999

United States Court of Appeals, 9th Circuit - March 24, 1992

United States Court of Appeals, 11th Circuit - July 31, 2002

United States Court of Appeals, for the District of Columbia - August 15, 2001

United States District Court, Southern and Eastern Districts of New York - May 15, 1973

United States District Court, Northern District of New York - July 22, 1994

United States District Court, Western District of New York - November 21, 1997

United States District Court, Eastern District of Michigan - August 27, 1987

United States District Court, Northern District of Florida – March 21, 2005

In addition, he has been admitted in numerous state and district courts throughout the United States pro hac vice.

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  James F. Rittinger  to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Matthew J. Borger | [signature] | May 2001 | 84282 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

260 South Broad Street

Philadelphia, PA 19102-5003

(215) 569-4159

Sworn and subscribed before me this

30th Day of March, 2009

[signature] Anne M. Foody
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANNE M. FOODY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 27, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY and
LEONARD SOSNOV,
        Plaintiffs

        v.

WEST PUBLISHING CORPORATION,
WEST SERVICES and THOMSON LEGAL
and REGULATORY INC. t/a
THOMSON WEST,
        Defendants.

: CIVIL ACTION
:
:
:
:
: NO. 09-CV-00727 (JF)
:
:

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of <u>James F. Rittinger</u>

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Richard L. Bazelon, Esq.

1515 Market Street, Suite 700

Philadelphia, PA 19102

_____
Signature of Attorney

Matthew J. Borger
Name of Attorney
West PUblishing Corporation, West
Services Inc., and Thomson Legal and *
Name of Moving Party

3/30/2009
Date

* Regulatory Inc. t/a Thomson West