APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID RUDOVSKY and LEONARD SOSNOV, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| WEST PUBLISHING CORPORATION, WEST SERVICES and THOMSON LEGAL and REGULATORY INC. t/a THOMSON WEST, | : | NO. 09-CV-00727 (JF) |
| Defendants. | | ORDER |

AND NOW, this         Day of March        , 2009, it is hereby

ORDERED that the application of _Aaron M. Zeisler_, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]   GRANTED.

[ ]   DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 09-CV-00727 (JF)

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, Aaron M. Zeisler the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | Oct. 24, 2000 | 3900131 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Southern District of New York | Oct. 24, 2000 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Eastern District of New York | Oct. 24, 2000 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Second Circuit Court of Appeals | Dec. 13, 2005 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for* West Publishing Corporation, West Services Inc., and Thomson Legal and Regulatory Inc. t/a Thomson West

(Applicant's Signature)

March 27., 2009
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Satterlee Stephens Burke & Burke LLP
230 Park Avenue, New York, NY 10169
(212) 818-9200

Sworn and subscribed before me this

27 Day of March, 2009

Notary Public

HELEN KELLY
Notary Public, State of New York
No. 5005276
Qualified in Suffolk County
Commission Expires December 7, 2010

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Aaron M. Zeisler__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Matthew J. Borger | _[signature]_ | May 2001 | 84282 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

    260 South Broad Street

    Philadelphia, PA 19102-5003

    (215) 569-4159

Sworn and subscribed before me this

30th Day of March, 2009

_[signature]_
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
ANNE M. FOODY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 27, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY and
LEONARD SOSNOV,
        Plaintiffs,
    v.
WEST PUBLISHING CORPORATION,
WEST SERVICES and THOMSON LEGAL
and REGULATORY INC. t/a
THOMSON WEST,
        Defendants.

: CIVIL ACTION
:
:
:
:
: NO. 09-CV-00727 (JF)
:
:

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Aaron M. Zeisler__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Richard L. Bazelon, Esq.

1515 Market Street, Suite 700

Philadelphia, PA 19102

_____
Signature of Attorney

Matthew J. Borger
Name of Attorney

West Publishing Corporation, West
Services Inc., and Thomson Legal and *
Name of Moving Party

3/30/2009
Date

* Regulatory Inc. t/a Thomson West