JF

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY and
LEONARD SOSNOV,
      Plaintiffs,

v.

WEST PUBLISHING CORPORATION,
WEST SERVICES and THOMSON LEGAL
and REGULATORY INC. t/a
THOMSON WEST,
      Defendants.

CIVIL ACTION

NO. 09-CV-00727 (JF)

ORDER

FILED
APR 01 09
MICHAEL E. KUNZ, Clerk
by _____ Dep. Clerk

AND NOW, this 31st Day of March, 2009, it is hereby

ORDERED that the application of __Aaron M. Zeisler__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.

[ ] DENIED.

_____
                   J.

4-1-09 - FAXED TO:
N. CHARLSON
M. BONGEW

ENTERED
APR 01 2009
CLERK OF COURT