



APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY and
LEONARD SOSNOV,
    Plaintiffs,

v.

WEST PUBLISHING CORPORATION,
WEST SERVICES and THOMSON LEGAL
and REGULATORY INC. t/a
THOMSON WEST,
    Defendants.

: CIVIL ACTION
:
:
:
: NO. 09-CV-00727 (JF)
:
: ORDER

FILED
APR 01 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

AND NOW, this 31st Day of March, 2009, it is hereby

ORDERED that the application of James F. Rittinger, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.

[ ] DENIED.

_____ J.

4-1-09 - FAXED TO:

N. CHARLSON

M. BOLGER

ENTERED
APR 01 2009
CLERK OF COURT