JF

# IN THE U.S. DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RUDOVSKY and LEONARD SOSNOV, | : CIVIL ACTION |
| Plaintiffs, | : NO. 09-CV-727 |
| v. | : |
| WEST PUBLISHING CORPORATION, WEST SERVICES INC., and THOMSON LEGAL AND REGULATORY INC. t/a THOMSON WEST, | : |
| Defendants. | : |

FILED
APR 01 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 1st day of April, 2009, upon consideration of the Emergency Motion For Adjournment of Preliminary Injunction Hearing Currently Set for April 9, 2009 (the "Motion") of Defendants West Publishing Corporation, West Services Inc., and Thomson Reuters (Legal) Inc. (formerly known as Thomson Legal and Regulatory Inc.) d/b/a Thomson West, IT IS HEREBY ORDERED that the Motion is GRANTED;

AND IT IS FURTHER ORDERED that the hearing on plaintiffs' motion for preliminary injunction is hereby rescheduled to April 14, 2009, at 1:45 PM.

John P. Fullam, J.

4-1-09 - FAXED TO:
W- CHARLES
D. BOAG

ENTERED
APR 01 2009
CLERK OF COURT

PHL1 836483-1