IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RUDOVSKY and<br>LEONARD SOSNOV,<br>     Plaintiffs,<br><br>v.<br><br>WEST PUBLISHING CORPORATION,<br>WEST SERVICES INC., AND<br>THOMSON LEGAL AND REGULATORY<br>INC. t/a THOMSON WEST,<br>     Defendants. | CIVIL ACTION<br><br>NO. 09-CV-727 |

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel hereby certifies that the defendants West Publishing Corporation, West Services Inc., and Thomson Reuters (Legal) Inc. (formerly known as Thomson Legal and Regulatory Inc.) d/b/a Thomson West (together "West") are indirect wholly-owned subsidiaries or affiliates of Thomson Reuters Corporation and Thomson Reuters PLC, shares of which are publicly traded in the United States, the United Kingdom and Canada.

Dated: April 2, 2009

Respectfully submitted,

/s/ James F. Rittinger
James F. Rittinger, Esquire
Aaron M. Zeisler, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue,
New York, NY 10169-0079
(212) 818-9200
Email: jrittinger@ssbb.com
           azeisler@ssbb.com

PHIL1 836919-1

/s/ Matthew J. Borger
Matthew J. Borger, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street
Philadelphia, PA 19102-5003
(215) 568-6060
Email: mborger@klehr.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Matthew J. Borger, hereby certify that the foregoing Defendants' Rule 7.1 Statement has been filed electronically and is available for viewing and downloading from the Court's ECF system. I further certify that on this date I served the foregoing Defendants' Rule 7.1 Statement upon counsel listed below via first class mail as follows:

Richard L. Bazelon
Noah H. Charlson
BAZELON LESS & FELDMAN, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102-1907
215-568-1155
rbazelon@bazless.com
ncharlson@bazless.com

April 2, 2009

Matthew J. Borger