```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DAVID RUDOVSKY, et al.          :      CIVIL ACTION
                                :
          v.                    :
                                :
WEST PUBLISHING CORPORATION,    :
et al.                          :      NO. 09-727
```

ORDER

AND NOW, this 2nd day of April 2009, it is hereby ORDERED that the following documents are STRICKEN for failure to comply with Local Rule of Civil Procedure 5.1.3:

1.  Exhibit 2 to Plaintiffs' Motion for a Preliminary Injunction (Docket Entry No. 4-9); and

2.  Exhibit A to Defendant's Emergency Motion for Adjournment of Preliminary Injunction Hearing Currently Set for April 9, 2009 (Docket Entry No. 10-2).

The Clerk is directed to REMOVE the exhibits from the electronic filing system and to RETURN the original filed paper copies, if any, to counsel.  Counsel should familiarize themselves with the requirements of Local Rule of Civil Procedure 5.1.3 with regard to modification or partial redaction of personal identifiers.

                                        BY THE COURT:


                                        /s/ John P. Fullam
                                        John P. Fullam,     Sr. J.