# EXHIBIT 2

# PUBLICATION AGREEMENT

AGREEMENT BETWEEN David Rudovsky and Leonard Sosnov, Philadelphia, Pennsylvania, Authors, and West Publishing Company, St. Paul, Minnesota, Publisher.


## AGREEMENTS BY AUTHORS

1.  To prepare an original manuscript in clear, legible, typewritten form containing approximately 600 pages when set into type on Pennsylvania Legal Forms – Criminal Procedure.

2.  To prepare a preface.

3.  To cite both the various units of the National Reporter System and the State Reports to each case authority so that the work may be equally usable with the Reporters or State Reports.

4.  To prepare the manuscript pursuant to mechanical instructions and specifications of the Publisher.

5.  To avoid the use of copyrighted material unless the Authors have received permission or license to use such material and to supply the Publisher, when the manuscript is delivered, such license or permission in writing together with a list of pages of such material in the manuscript.

6.  To complete the manuscript and deliver the same to the Publisher on or before September 1, 1988. Authors shall show that reasonable progress is being made on the manuscript throughout the period covered by this agreement and shall make every effort to complete the manuscript by said date.  The manuscript shall be acceptable in form and content to the Publisher, and it shall be the sole judge thereof.

7.  To return corrected proof copy to the Publisher promptly and on such proof to make only the necessary changes and corrections. Revision of the manuscript content shall be made only to the extent required by changes in the law or practice.

8.  To prepare no manuscript for any other publisher on the same subject matter which may injure or interfere with the sale of the work contemplated by this agreement so long as such work is offered for sale.


## AGREEMENTS BY PUBLISHER

1.  To license the Authors to use any appropriate material copyrighted by the Publisher. The Authors shall advise the Publisher of any such use.

2.  To supply editorial stationery, editorial specifications and other instructions for the preparation of the manuscript.

-2-

3. Upon acceptance of the manuscript, to set the same in type as promptly as possible, and to furnish proof copy thereof.

4. To give suitable publicity to the Authors in its advertising. In the printed work, the Publisher will place the Authors' names on the title page and on the spine of the volume.

5. To print, publish and distribute the work without undue delay and without any expense to the Authors.

6. To furnish each Author with five (5) copies of the work without charge.

7. Compensation will be $12,000 to be paid to the Authors upon publication.

## MISCELLANEOUS AGREEMENTS

1. The Authors agree that all present and future copyright interests in the work are granted and assigned to the Publisher. It is further agreed that all copyright interests in any supplements to the work, prepared by the Authors, shall be granted and assigned to the Publisher.

2. Type, style, paper, binding, sales, advertising and price shall be determined by the Publisher.

3. The Authors shall have the first option to prepare pocket parts and revised volumes or a new edition when these are deemed necessary by the Publisher. The compensation therefor is to be agreed upon by the parties. If the Authors are deceased or if, for any reason, the Authors do not exercise such option to prepare pocket parts, revised volumes or a new edition, then the Publisher may arrange for these at its own expense and in that event neither the Authors, nor their heirs or assigns, shall receive any compensation from the sale of such pocket parts, revised volumes or new edition.

AUTHOR

_David Rudovsky_

SOCIAL SECURITY NO.

**REDACTED**

AUTHOR

_Leonard Sosnov_

SOCIAL SECURITY NO.

WEST PUBLISHING COMPANY

BY _Dwight D. Opperman_
President

DATE:

_July 31, 1987_