

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## Receipt for return of Sealed Document(s)

Case No. 09-cv-0727
David Rudovsky, et al vs.
West Publishing Corporation, et al

FILED
APR 02 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

The undersigned hereby acknowledges receipt of document Nos. 4-9 (Exhibit 2) and 10-2 (Exhibit A) in the above captioned case, which are being returned to Counsel pursuant to Order of Judge John P. Fullam filed April 2, 2009.

Date Documents Received  EXHIBITS

Documents Received By  _____
　　　　　　　　　　　Signature
　　　　　　　　　　　RYAN RHOADS
　　　　　　　　　　　Printed Name