# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RUDOVSKY and<br>LEONARD SOSNOV,<br>               Plaintiffs,<br><br>        v.<br><br>WEST PUBLISHING CORPORATION,<br>WEST SERVICES INC., AND<br>THOMSON LEGAL AND REGULATORY<br>INC. t/a THOMSON WEST,<br>               Defendants. | : CIVIL ACTION<br>:<br>:<br>:<br>: NO. 09-CV-727<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this ___ day of _____, 2009, upon consideration of the defendants' Motion to Dismiss the Amended Complaint, the parties' submissions in support thereof and in opposition thereto, all prior pleadings and proceedings had herein, IT IS HEREBY ORDERED that the Motion is GRANTED.

                                                                 _____<br>
                                                                 John P. Fullam, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RUDOVSKY and<br>LEONARD SOSNOV,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>WEST PUBLISHING CORPORATION,<br>WEST SERVICES INC., AND<br>THOMSON LEGAL AND REGULATORY<br>INC. t/a THOMSON WEST,<br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 09-CV-727 |

## **DEFNDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendants West Publishing Corporation, West Services Inc., and Thomson Reuters (Legal) Inc. (formerly known as Thomson Legal and Regulatory Inc.) d/b/a Thomson West (together "West"), by and through their attorneys Klehr, Harrison, Harvey, Branzburg & Ellers LLP and Satterlee Stephens Burke & Burke LLP, hereby move this Court to dismiss all of the claims in plaintiffs' Amended Complaint. The grounds for this Motion are set forth in the accompanying Memorandum of Law, Declaration and exhibits thereto, which are incorporated by reference.

Dated: April 3, 2009　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ James F. Rittinger
　　　　　　　　　　　　　　　　　　　　James F. Rittinger, Esquire (adm. *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Aaron M. Zeisler, Esq. (adm. *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　SATTERLEE STEPHENS BURKE & BURKE LLP
　　　　　　　　　　　　　　　　　　　　230 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10169-0079
　　　　　　　　　　　　　　　　　　　　(212) 818-9200
　　　　　　　　　　　　　　　　　　　　Email: jrittinger@ssbb.com
　　　　　　　　　　　　　　　　　　　　　　　　azeisler@ssbb.com

    /s/ Matthew J. Borger
Matthew J. Borger, Esquire
KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP
260 South Broad Street
Philadelphia, PA 19102-5003
(215) 568-6060
Email: mborger@klehr.com

*Attorneys for the Defendants*

# CERTIFICATE OF SERVICE

I, Matthew J. Borger, hereby certify that Defendants' Motion To Dismiss Amended Complaint and proposed Order, the Declaration of James Rittinger in support thereof and the Memorandum of Law in support thereof have been filed electronically and are available for viewing and downloading from the Court's ECF system. I further certify that on this date I served Defendants' Motion To Dismiss Amended Complaint and proposed Order, the Declaration of James Rittinger in support thereof and the Memorandum of Law in support thereof upon counsel listed below via hand delivery:

Richard L. Bazelon
Noah H. Charlson
BAZELON LESS & FELDMAN, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102-1907
215-568-1155

    /s/ Matthew J. Borger
Matthew J. Borger, Esquire