IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RUDOVSKY and LEONARD SOSNOV, <br> Plaintiffs, <br> v. <br> WEST PUBLISHING CORPORATION, WEST SERVICES INC., AND THOMSON LEGAL AND REGULATORY INC. t/a THOMSON WEST, <br> Defendants. | CIVIL ACTION <br><br> NO. 09-CV-727 <br><br> **DECLARATION OF** <br> **JAMES F. RITTINGER** |

JAMES F. RITTINGER, hereby declares under penalty of perjury:

1. I am a member of the firm of Satterlee Stephens Burke & Burke LLP, attorneys for defendants West Publishing Corporation, West Services Inc., and Thomson Reuters (Legal) Inc. (formerly known as Thomson Legal and Regulatory Inc.) d/b/a Thomson West (together "West"), and submit this affirmation in support of West's Motion to Dismiss the Amended Complaint of plaintiffs David Rudovsky and Leonard Sosnov.

2. Annexed hereto as Exhibit A is a true and correct of plaintiffs' Amended Complaint, with exhibits, dated March 24, 2009.

3. Annexed hereto as Exhibit B is a true and correct of copy of an Agreement between David Rudovsky and Leonard Sosnov, as authors, and West Group, as publisher, dated August 22, 2000.

4. Annexed hereto as Exhibit C is a true and correct of certain email correspondence between me and counsel for plaintiffs, Richard Bazelon, dated April 1, 2009.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed: April 3, 2009

                                         _____
                                         James F. Rittinger

766990_1

- 2 -