IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DAVID RUDOVSKY, *et al.*              :         CIVIL ACTION
                                      :
              v.                      :
                                      :
WEST PUBLISHING CORPORATION,          :
*et al.*                              :         NO. 09-727

ORDER


     AND NOW, this 6th  day of April 2009, it is hereby ORDERED

that Defendants' (re-filed) Emergency Motion for Adjournment of

Preliminary Injunction Hearing Currently Set for April 9, 2009 is

DISMISSED AS MOOT, the hearing date having been rescheduled.




                              BY THE COURT:


                              /s/ John P. Fullam
                              John P. Fullam,     Sr. J.

Dockets.Justia.com