

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA



DAVID RUDOVSKY and
LEONARD SOSNOV,

                Plaintiffs,

        v.

WEST PUBLISHING CORPORATION,
WEST SERVICES INC., AND
THOMSON LEGAL AND REGULATORY
INC. t/a THOMSON WEST,

             Defendants.

: CIVIL ACTION –
: JURY TRIAL DEMANDED
:
:
: NO. 09-CV-727
:
:

**FILED**

APR 2 0 2009

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

APR 1 6 2009

## STIPULATION FOR EXTENSION OF TIME TO RESPOND

It is hereby STIPULATED and AGREED between the undersigned counsel for the parties that on or before May 4, 2009 Plaintiffs David Rudovsky and Leonard Sosnov shall file and serve their response to Defendants' Motion to Dismiss the Amended Complaint (filed April 3, 2009).

_Richard L. Bazelon_

Richard L. Bazelon, Esquire
BAZELON LESS & FELDMAN, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102

Counsel for Plaintiffs

_Matthew J. Borger_ RhB

Matthew J. Borger, Esquire
KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP
260 S. Broad Street
Philadelphia, PA 19102

Counsel for Defendants

**ENTERED**

APR 2 0 2009

**CLERK OF COURT**

IT IS SO ORDERED:

4/20/09

_John P. Fullam_

John P. Fullam,         J.

4-20-09 - FAXED TO:
M.J. BORGEN
R.H CHARLSON
4/20/09 mail
Leisler Nettings

Dockets.Justia.com