

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY and : CIVIL ACTION
LEONARD SOSNOV :
 :
v. :
 :
WEST PUBLISHING CORPORATION, :
WEST SERVICES INC., and :
THOMSON LEGAL AND REGULATORY :
INC. t/a THOMSON WEST :
 : NO. 09-cv-00727-JF

ORDER

AND NOW, this 23rd day of April 2009, upon consideration of plaintiffs' Motion for Preliminary Injunction, and defendants' responses, IT IS ORDERED:

That the motion for preliminary injunctive relief is DENIED.

BY THE COURT:

John P. Fullam, Sr. J.