IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID RUDOVSKY and | : | CIVIL ACTION |
| LEONARD SOSNOV | : | |
| | : | |
| v. | : | |
| | : | |
| WEST PUBLISHING CORPORATION, | : | |
| WEST SERVICES INC., and | : | |
| THOMSON LEGAL AND REGULATORY | : | |
| INC. t/a THOMSON WEST | : | NO. 09-cv-00727-JF |

ORDER

AND NOW, this 23rd day of April 2009, upon consideration of Plaintiffs' Emergency Motion to Compel Production of Documents for Preliminary Injunction Hearing,

IT IS hereby ORDERED that the Motion is DISMISSED AS MOOT.

BY THE COURT:


/s/ John P. Fullam
John P. Fullam,      Sr. J.