IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY and
LEONARD SOSNOV,

    Plaintiffs,

v.

WEST PUBLISHING CORPORATION,
WEST SERVICES INC., AND
THOMSON LEGAL AND REGULATORY
INC. t/a THOMSON WEST,

    Defendants.

CIVIL ACTION

NO. 09-CV-727

FILED
APR 27 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this _20th_ day of April, 2009, upon consideration of Defendants' Motion For Leave To File A Reply To Plaintiffs' Supplemental Memorandum of Law In Further Support of Motion For Preliminary Injunction, IT IS HEREBY ORDERED that the motion for leave to file said brief is GRANTED.

                                      _____
                                      John P. Fullam, J.

ENTERED
APR 27 2009
CLERK OF COURT

PHIL1 838607-1