## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RUDOVSKY and LEONARD SOSNOV, Plaintiffs, | : CIVIL ACTION : : : NO. 09-CV-727 |
| v. | : : |
| WEST PUBLISHING CORPORATION, WEST SERVICES INC., AND THOMSON LEGAL AND REGULATORY INC. t/a THOMSON WEST, Defendants. | : : : : : : |

### ORDER

AND NOW, this _____ day of May, 2009, upon consideration of Defendants'

Motion For Leave To File A Reply Memorandum Of Law In Further Support Of Their Motion

To Dismiss, IT IS HEREBY ORDERED that the motion for leave to file said brief is

GRANTED.

_____
John P. Fullam, J.

Dockets.Justia.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RUDOVSKY and<br>LEONARD SOSNOV,<br>             Plaintiffs,<br><br>      v.<br><br>WEST PUBLISHING CORPORATION,<br>WEST SERVICES INC., AND<br>THOMSON LEGAL AND REGULATORY<br>INC. t/a THOMSON WEST,<br>             Defendants. | : CIVIL ACTION<br>:<br>:<br>:<br>: NO. 09-CV-727<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS

Defendants West Publishing Corporation, West Services Inc. and Thomson Legal and Regulatory Inc. t/a Thomson West hereby respectfully move for leave of Court to file a reply memorandum of law in further support of their motion to dismiss. Defendants believe that a short reply brief is necessary to ensure that this Court has a complete and accurate understanding of the issues presented. Defendants submit that allowing them to file a reply brief will serve the interests of justice and aid the Court's analysis of the issues before it. The proposed reply brief is attached as Exhibit "A" hereto.

Dated: May 6, 2009

Respectfully submitted,


  /s/ James F. Rittinger
James F. Rittinger, Esquire (adm. *pro hac vice*)
Aaron M. Zeisler, Esq. (adm. *pro hac vice*)
Satterlee Stephens Burke & Burke LLP
230 Park Avenue,
New York, NY 10169-0079
(212) 818-9200
Email: jrittinger@ssbb.com
       azeisler@ssbb.com

_/s/ Matthew J. Borger_
Matthew J. Borger, Esquire
Klehr, Harrison, Harvey, Branzburg  & Ellers LLP
260 South Broad Street
Philadelphia, PA 19102-5003
(215) 568-6060
Email: mborger@klehr.com

*Attorneys for Defendants*

# <u>EXHIBIT A</u>

## CERTIFICATE OF SERVICE

I, Matthew J. Borger, hereby certify that the foregoing Defendants' Motion For Leave To File A Reply Memorandum Of Law In Further Support Of Their Motion To Dismiss has been filed electronically and is available for viewing and downloading from the Court's ECF system. I further certify that on this date I served the foregoing Defendants' Motion For Leave To File A Reply Memorandum Of Law In Further Support Of Their Motion To Dismiss upon counsel listed below via email and first class mail as follows:

Richard L. Bazelon
Noah H. Charlson
BAZELON LESS & FELDMAN, P.C.
1515 Market Street, Suite 700
Philadelphia, PA 19102-1907
215-568-1155
rbazelon@bazless.com
ncharlson@bazless.com

May 6, 2009

Matthew J. Borger