

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RUDOVSKY and LEONARD SOSNOV, Plaintiffs, v. WEST PUBLISHING CORPORATION, WEST SERVICES INC., AND THOMSON LEGAL AND REGULATORY INC. t/a THOMSON WEST, Defendants. | CIVIL ACTION<br><br>NO. 09-CV-727 |

FILED
MAY 11 2009
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 11th day of May, 2009, upon consideration of Defendants' Motion For Leave To File A Reply Memorandum Of Law In Further Support Of Their Motion To Dismiss, IT IS HEREBY ORDERED that the motion for leave to file said brief is GRANTED.

John P. Fullam, J.

5/11/09 mail:
Lesla Nittinger

ENTERED
MAY 11 2009
CLERK OF COURT

PHIL1 842253-1