IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DAVID RUDOVSKY and              :      CIVIL ACTION
LEONARD SOSNOV                  :
                                :
         v.                     :
                                :
WEST PUBLISHING CORPORATION,    :
WEST SERVICES INC., and         :
THOMSON LEGAL AND REGULATORY    :
INC. t/a THOMSON WEST           :      NO. 09-cv-00727-JF
```

ORDER

AND NOW, this 4th day of June, IT IS ORDERED:

That the defendants' motion to dismiss plaintiffs' amended complaint is DENIED.

BY THE COURT:


/s/ John P. Fullam
John P. Fullam, Sr. J.