IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
                                 Date of Notice:
DAVID RUDOVSKY              :  September 22, 2009
LEONARD SOSNOV
          vs.              :

WEST PUBLISHING            :  CIVIL ACTION NO. 09-727
CORPORATION, et al.
```

TAKE NOTICE that the above-captioned matter is scheduled for __JURY TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on March 29. 2010, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

_____
Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

```
COPIES BY MAIL ON __9/22/09__ TO: Aaron M. Zeisler, Esquire
                                  James F. Rittinger, Esquire
                                  Matthew J. Borger, Esquire
                                  Matthew R. Skolnik, Esquire
                                  Noah H. Charlson, Esquire
                                  Richard L. Bazelon. Esquire
```