```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
|  | Date of Notice: |
| DAVID RUDOVSKY | : March 8, 2010 |
| LEONARD SOSNOV |  |
| vs. | : |
| WEST PUBLISHING | : CIVIL ACTION NO. 09-727 |
| CORPORATION, *et al.* |  |

**RESCHEDULED FROM 3/29/10**

TAKE NOTICE that the above-captioned matter is rescheduled for __JURY TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on May 17. 2010, at 10:00 A.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

                              Very truly yours,


                              _____
                              Rosalind Burton-Hoop
                              Deputy Clerk to Judge Fullam


COPIES BY MAIL ON __3/8/10__   TO: Aaron M. Zeisler, Esquire
                                   James F. Rittinger, Esquire
                                   Matthew J. Borger, Esquire
                                   Matthew R. Skolnik, Esquire
                                   Noah H. Charlson, Esquire
                                   Richard L. Bazelon. Esquire