IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DAVID RUDOVSKY<br>LEONARD SOSNOV | : | Date of Notice:<br>May 5, 2010 |
| vs. | : |  |
| WEST PUBLISHING<br>CORPORATION, *et al.* | : | CIVIL ACTION NO. 09-727 |

TAKE NOTICE that the above-captioned matter is scheduled for **ORAL ARGUMENT, re: MOTION FOR SUMMARY JUDGMENT** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on May 13. 2010, at 1:30 P.M., in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled hearing, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,

Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON   5/5/10    TO:   Aaron M. Zeisler, Esquire
                                    James F. Rittinger, Esquire
                                    Matthew J. Borger, Esquire
                                    Matthew R. Skolnik, Esquire
                                    Noah H. Charlson, Esquire
                                    Richard L. Bazelon. Esquire