IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY, et al.  :  CIVIL ACTION
 :
v.  :
 :
WEST PUBLISHING CORPORATION,  :
et al.  :  NO. 09-727

ORDER

By Order dated April 2, 2009, I ordered two documents (one filed by counsel for the plaintiffs, one by counsel for the defendants) stricken from the record for failure to comply with Local Rule of Civil Procedure 5.1.3. In connection with their motion for summary judgment, counsel for the defendants (two of whom have been admitted *pro hac vice*) have filed one of these same documents again, without redacting the personal identifiers.

AND NOW, this 2nd day of June 2010, it is hereby ORDERED:

That Exhibit C to the Declaration of Aaron M. Zeisler (Document No. 52-5) is STRICKEN for failure to comply with Local Rule of Civil Procedure 5.1.3. The Clerk is directed to REMOVE the exhibit from the electronic filing system and to RETURN the original filed paper copy, if any, to counsel for the defendants. Counsel may re-file the exhibit in a form that complies with the Rule.

BY THE COURT:

John P. Fullam, Sr. J.