IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID RUDOVSKY and<br>LEONARD SOSNOV | : | CIVIL ACTION |
| v. | : | |
| WEST PUBLISHING CORPORATION,<br>WEST SERVICES INC., and<br>THOMSON LEGAL AND REGULATORY<br>INC. t/a THOMSON WEST | : | NO. 09-cv-00727-JF |

ORDER

AND NOW, this 15th day of July 2010, upon consideration of defendants' Motion for Summary Judgment and the response thereto, IT IS ORDERED:

That the Motion is GRANTED IN PART AND DENIED IN PART. Counts I and II of the Amended Complaint are DISMISSED WITH PREJUDICE. In all other respects, the Motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,  Sr. J.