# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID RUDOVSKY and<br>LEONARD SOSNOV,<br>    Plaintiffs,<br><br>    v.<br><br>WEST PUBLISHING CORPORATION,<br>WEST SERVICES INC., AND<br>THOMSON LEGAL AND REGULATORY<br>INC. t/a THOMSON WEST,<br>    Defendants. | :  CIVIL ACTION<br>:<br>:  NO. 09-CV-727<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## SPECIAL VERDICT FORM

1. Did the users of the 2008 Pocket Part conclude that the 2008 Pocket Part was inaccurate and out-of-date?

    YES _____        NO _____

2. Did the users of the 2008 Pocket Part conclude that the Plaintiffs authored the 2008 Pocket Part?

    YES _____        NO _____

3. Did the users of the 2009 replacement Pocket Part conclude that the 2009 replacement Pocket Part was inaccurate and out-of-date?

    YES _____        NO _____

4. Did the users of the 2009 replacement Pocket Part conclude that the Plaintiffs authored the 2009 replacement Pocket Part?

    YES _____        NO _____

**If you have answered NO to Nos. 1 or 2 AND answered NO to Nos. 3 or 4, then you have completed the special verdict form.  Sign it and advise the bailiff.**

**If you answered YES to Nos. 1 and 2 then answer No. 5, and if you answered YES to Nos. 3 and 4, then answer No. 6.**

5. Did Plaintiffs establish by clear and convincing evidence that West acted with actual malice when it published the 2008 Pocket Part?

    YES _____        NO _____

6. Did Plaintiffs establish by clear and convincing evidence that West acted with actual malice when it published the 2009 replacement Pocket Part?

    YES _____        NO _____

**If you answered NO to Nos. 5 and 6, then you should continue to Nos. 7 and 8 only, and you will have completed the special verdict.  If you answered YES to Nos. 5 or 6, then you should skip Nos. 7 and 8 and respond to Nos. 9, 10 and 11**.

7. What amount of general damages, if any, will compensate David Rudovsky for his reputational damage and/or personal humiliation?

    AMOUNT _____

8. What amount of general damages, if any, will compensate Leonard Sosnov for his reputational damage and/or personal humiliation?

    AMOUNT _____

9. What amount of general damages, including presumed damages, if any, will compensate David Rudovsky for his reputational damage and/or personal humiliation?

    AMOUNT _____

- 3 -

10. What amount of general damages, including presumed damages, if any, will compensate Leonard Sosnov for his reputational damage and/or personal humiliation?

   AMOUNT _____

11. What amount of punitive damages, if any, would you award Plaintiffs?

   AMOUNT _____

Date: _____   Signed:_____
                              (foreperson)