IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY and : CIVIL ACTION
LEONARD SOSNOV :
:
v. :
:
WEST PUBLISHING CORPORATION; :
WEST SERVICES INC.; and :
THOMPSON LEGAL AND REGULATORY : NO. 09-cv-00727-JF
INC. t/a THOMPSON WEST :

## VERDICT FORM

1. Did the plaintiffs Leonard Sosnov and David Rudovsky establish that they were defamed by the defendants?

    Yes ___✓___    No _____

2. Did the plaintiffs Leonard Sosnov and David Rudovsky establish that the defendants invaded their privacy by publicly placing them in a false light?

    Yes ___✓___    No _____

If your answer to Question Nos. 1 or 2 is "Yes," then what amount of compensatory damages, if any, do you award to:

David Rudovsky:   $ _90,000.00_

Leonard Sosnov:   $ _90,000.00_

Verdict Form
09-cv-00727-JF, Rudovsky v. West
Page 2

3. If you answered "Yes" to Question Nos. 1 or 2, then do you award punitive damages against the defendants:

Yes ____✓____   No _____

If your answer to Question No. 3 is "Yes," then please state the amount of punitive damages awarded against the defendants to:

David Rudovsky: $ 2,500,000.00

Leonard Sosnov: $ 2,500,000.00

DATE: 12/16/10

_____
FOREPERSON'S SIGNATURE