IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY and : CIVIL ACTION
LEONARD SOSNOV :
     v. :
      :
WEST PUBLISHING CORPORATION : NO. 09-727
WEST SERVICES INC.
THOMPSON LEGAL AND REGULATORY
INC. t/a THOMPSON WEST

## ORDER

AND NOW, this 16th day of December, 2010, in accordance with the Judgment of the Court and the jury verdict rendered in Court on this date,

IT IS ORDERED that Judgment of the Court is hereby entered in favor of defendants and against plaintiffs on counts three and five.

IT IS FURTHER ORDERED that an award of Judgment by jury verdict is hereby entered in favor of plaintiff David Rudovsky and against defendants West Publishing Corporation, West Services Inc., and Thompson Legal Regulatory Inc. t/a Thompson West in the amount of $90,000.00 for compensatory damages and in the amount of $2,500,000.00 for punitive damages. Judgment by jury verdict is hereby entered in favor of plaintiff Leonard Sosnov and against defendants West Publishing Corporation, West Services

Inc., and Thompson Legal Regulatory Inc. t/a Thompson West in the amount of $90,000.00 for compensatory damages and in the amount of $2,500,000.00 for punitive damages.

BY THE COURT:

ATTEST: _____
Rosalind Burton-Hoop
Deputy Clerk

COPIES BY MAIL ON __12/17/10__ TO: Aaron M. Zeisler, Esquire
James F. Rittinger, Esquire
Matthew J. Borger, Esquire
Matthew R. Skolnik, Esquire
Noah H. Charlson, Esquire
Richard L. Bazelon, Esquire

Civ 1 (8/80)