IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


|                          |   | Date of Notice:            |
|--------------------------|---|----------------------------|
| DAVID RUDOVSKY           | : | December 21, 2010          |
| LEONARD SOSNOV           |   |                            |
| vs.                      | : |                            |
| WEST PUBLISHING          | : | CIVIL ACTION NO. 09-727    |
| CORPORATION              |   |                            |
| WEST SERVICES INC.       |   |                            |
| THOMPSON LEGAL AND       |   |                            |
| REGULATORY INC.          |   |                            |


TAKE NOTICE that the above-captioned matter is scheduled for   **HEARING, re: REQUEST FOR INJUNCTIVE RELIEF**   in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on January 31, 2011 at 10:00 A.M. in Courtroom No. 15A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled hearing, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.


Very truly yours,


Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam


COPIES BY MAIL ON    12/21/10    TO:   James F. Rittinger, Esquire
                                       Aaron M. Zeisler, Esquire
                                       Matthew J. Borger, Esquire
                                       Matthew R. Skolnik, Esquire
                                       Noah H. Charlson, Esquire
                                       Richard L. Bazelon, Esquire