IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID RUDOVSKY and : CIVIL ACTION
LEONARD SOSNOV :
:
v. :
:
WEST PUBLISHING CORPORATION, :
WEST SERVICES INC., and :
THOMSON LEGAL AND REGULATORY :
INC. t/a THOMSON WEST : NO. 09-cv-00727-JF

ORDER

AND NOW, this 30th day of March, 2011, IT IS ORDERED:

1. Defendants' Motion for Judgment as a Matter of Law is DENIED.

2. If, within 10 days, plaintiffs accept a remittitur of the verdict to a total of $200,000 per plaintiff ($400,000 in toto), defendants' Motion for a New Trial will also be denied. Absent acceptance of the remittitur hereby ordered, defendants' Motion for a New Trial will be granted.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.