IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID RUDOVSKY and LEONARD SOSNOV | : | CIVIL ACTION |
| v. | : | |
| WEST PUBLISHING CORPORATION, WEST SERVICES INC., and THOMSON LEGAL AND REGULATORY INC. t/a THOMSON WEST | : | NO. 09-cv-00727-JF |

ORDER

AND NOW, this 13th day of April 2011, upon consideration of "Plaintiffs' Motion for Reconsideration of the Portion of the Court's March 30, 2011 Order Conditioning the Denial of Defendants' Motion for a New Trial on Plaintiffs' Acceptance of a Reduced Amount of Punitive Damages," IT IS ORDERED:

That the motion is GRANTED. IT IS FURTHER ORDERED as follows:

1. Defendants' Motion for Judgment as a Matter of Law is DENIED.

2. Defendants' Motion for a New Trial is DENIED.

3. Defendants' Motion for Reconsideration is DISMISSED AS MOOT.

4. JUDGMENT is hereby ENTERED in favor of plaintiff David Rudovsky and against the defendants in the amount of $200,000.

5. JUDGMENT is hereby ENTERED in favor of plaintiff Leonard Sosnov and against the defendants in the amount of $200,000.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.