

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

11-2034 & 11-2256

David Rudovsky, et al v. West Publishing Corp, et al

2-09-cv-00727

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: January 20, 2012

cc:  Richard L. Bazelon, Esq.
     Noah H. Charlson, Esq.
     Kathryn E. Deal, Esq.
     Michael F. Harris, Esq.
     Dorothy A. Hickok, Esq.
     Alfred W. Putnam Jr., Esq.
     James F. Rittinger, Esq.

**FILED**
JAN 23 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.