Michael E. Kunz                                           Clerk's Office
    Clerk                                                   Room 2609
                                                          (215) 597-7704

                    UNITED STATES DISTRICT COURT
                    Eastern District of Pennsylvania
                         Independence Mall West
                            601 Market Street
                         Philadelphia, PA  19106

                          January 25, 2012



James F. Rittinger, Esquire
Satterlee, Stephens, Burke & Burke
230 Park Avenue
New York, New York  10169

          RE: David Rudovsky, Leonard Sosnov v. West Publishing
              Corporation, et al.
              Civil Action No. 09-727

Dear Mr. Rittinger:

     I am returning the following exhibits in the above-captioned
matter:   D-a, D-b, D-c, D-e, D-f, West-13, Binder of Deposition
Designations.



                              Very truly yours,

                              _____
                              Rosalind Burton-Hoop
                              Deputy Clerk

Encl.
cc: Clerk of Court for filing


     PLEASE SIGN AND RETURN THIS LETTER AS A RECEIPT FOR THE RETURN OF THE
ABOVE EXHIBITS.

                    Signature: _____
                         Date: _____

Civ 6 (8/80)